# MANDATE

S.D.N.Y.
04-cv-3694
Holwell, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street in the City of New York, on the 4ᵗʰ day of May two thousand seven,

Present:

Hon. Amalya L. Kearse,
Hon. Robert D. Sack,
*Circuit Judges*,
Hon. Richard Mills,[*]
*District Judge*.



UNITED STATES COURT OF APPEALS
FILED
MAY 0 4 2007
Thomas Asreen, Acting Clerk
SECOND CIRCUIT

---

Miodrag Beljakovic,

*Plaintiff-Appellee*,

v.                                                                     06-4760-cv

Melohn Properties, Inc.,

*Defendant-Appellant*.

---

This Court has determined sua sponte that it lacks jurisdiction over this appeal because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. See Coopers & Lybrand v. Livesay, 437 U.S. 463, 467 (1978). Therefore, it is ORDERED that the appeal is dismissed.

FOR THE COURT:
Thomas W. Asreen, Acting Clerk

By: *Richard Alcantara*
Richard Alcantara, Deputy Clerk

---

[*]The Honorable Richard Mills, Senior Judge, of the United States District Court for the Central District of Illinois, sitting by designation.

A TRUE COPY
Thomas W. Asreen, Acting Clerk

by *Lynette Ruiz*
DEPUTY CLERK

Mandate issued: 5/25/07