UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MIODRAG BELJAKOVIC,   04 CV 3694 (RJH) (GWG)

          Plaintiff,

  -against-   **AFFIRMATION OF SERVICE**

MELOHN PROPERTIES, INC.,

          Defendant.
------------------------------------------------------------x

    **WILLIAM D. HUMMELL, ESQ.**, pursuant to 28 U.S.C. § 1746, subscribes and affirms the following is true under penalty of perjury:

    1.    I am a member of the bar of this court, and a member of Kucker & Bruh, LLP, attorneys for the defendant, Melohn Properties, Inc.

    2.    On November 13, 2007, I served a true copy of the following documents:

**Defendant's Notice of Motion *In Limine* and Objections To Exhibits**, dated November 12, 2007, the annexed **Affirmation of William D. Hummell, Esq. In Support of Defendant's Motion In Limine and Objections to Exhibits**, dated November 12, 2007, and annexed Exhibits "A", B" and "C".

by placing the same, in a sealed envelope addressed to the last-known address of the person identified below, with all transmittal costs prepaid thereon, which was delivered by me to a Federal Express office, with instructions to transmit it overnight (for delivery early morning, November 13, 2007):

    Miodrag Beljakovic
    (Plaintiff)
    925 Park Avenue
    Elizabeth, New Jersey 07208

                                                    */s/ William D. Hummell*
                                                    WILLIAM D. HUMMELL