UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MIODRAG BELJAKOVIC,                                              04 CV 3694 (RJH) (GWG)

                Plaintiff,

      -against-                                              **AFFIRMATION OF SERVICE**

MELOHN PROPERTIES, INC.,

                Defendant.
-----------------------------------------------------------------x

      **WILLIAM D. HUMMELL, ESQ.**, pursuant to 28 U.S.C. § 1746, subscribes and affirms the following is true under penalty of perjury:

      1.     I am a member of the bar of this court, and a member of Kucker & Bruh, LLP, attorneys for the defendant, Melohn Properties, Inc.

      2.     On November 13, 2007, I served a true copy of the following documents:

**Defendant's Brief In Support of Defendant's Motion *In Limine* and Objections to Exhibits**, and annexed Exhibits "1" (unpublished decisions) by placing the same, in a sealed envelope addressed to the last-known address of the person identified below, with all transmittal costs prepaid thereon, which was delivered by me to a Federal Express office, with instructions to transmit it overnight (for delivery early morning, November 13, 2007):

      Miodrag Beljakovic
      (Plaintiff)
      925 Park Avenue
      Elizabeth, New Jersey 07208

                                                                         WILLIAM D. HUMMELL