UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

MIODRAG BELJAKOVIC,    04 CV 3694 (RJH) (GWG)

        Plaintiff,

  -against-    **AFFIRMATION OF SERVICE**

MELOHN PROPERTIES, INC.,

        Defendant.
-------------------------------------------------------------x

    **WILLIAM D. HUMMELL, ESQ.**, pursuant to 28 U.S.C. § 1746, subscribes and affirms the following is true under penalty of perjury:

    1.    I am a member of the bar of this court, and a member of Kucker & Bruh, LLP, attorneys for the defendant, Melohn Properties, Inc.

    2.    On November 13, 2007, I served a true copy of the following document:

**Jointly Proposed Jury Instructions**,
dated November 12, 2007

by placing the same, in a sealed envelope addressed to the last-known address of the person identified below, with all transmittal costs prepaid thereon, which was delivered by me to a Federal Express office, with instructions to transmit it overnight (for delivery early morning, November 13, 2007):

    Miodrag Beljakovic
    (Plaintiff)
    925 Park Avenue
    Elizabeth, New Jersey 07208

                                                    _____
                                                    WILLIAM D. HUMMELL